**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**

**CIVIL NO. 2:06CV8**

| | | |
|---|---|---|
| **JESSE JAMESON-LECOURS, a minor,** | ) | |
| **by His Guardian ad Litem W. David Sumpter,** | ) | |
| **III, and JOANNE JAMESON-LECOURS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **AMERIGAS PROPANE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER** is before the Court upon the Defendant's motions for admission *pro hac vice* of Vanessa c. Marti and James T. Hultquist, to appear as counsel in this matter, filed May 30, 2006.

      Upon careful review and consideration,

      **IT IS, THEREFORE, ORDERED** that Defendant's motions are **ALLOWED**, and Vanessa C. Marti and James T. Hultquist are hereby granted special admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

      Signed: July 17, 2006

Lacy H. Thornburg
United States District Judge